A.F.F.I.D.A.V.I.T.                    A.F.F.I.D.A.V.I.T.

THESE CORRECTIONAL OFFICERS ASSAULTED INMATES
WITHIN THE COURSE OF THEIR EMPLOYMENT AS C.E.R.T. / TEAM
STRIKE FORCE ONE, FOR MORGAN COUNTY AND  BLESCO COUNTY
CORRECTIONAL FACILITY: UNDER T.D.O.C. IN VIOLATION OF THEIR
OATH 41-1-103; AND CIVIC RIGHTS VIOLATION DENIAL OF MEDICAL
TREATMENT DELIBERATELY  INDIFFERENCE TO MY MEDICAL NEEDS
SEE AND REVIEW T. V MONITOR IN UNIT- 7 DATE: 4/24/24
INMATE RECEIVED SERIOUS BODY AND PHYSICAL INJURIES AND BODY

I, MAURICE TYLER_____ , # 289911_____ duly sworn accordingly to the law under the
penalty of perjury do declare the following; these correctional officers must abide by and adhere
to the same laws they take an oath to uphold and enforce; instead of serving and protecting the
public these officers actively participated to conceal the use of physical force by other officers
to violate the Civil rights of an individual; as a result they must be held accountable; vividly
illustrating that no one is above the law; I am requesting for The United States Attorney General
of THE EASTERN DISTRICT OF TENNESSEE to investergate  the witness and TV monitor in the building
and unit where the incident occured at N.E.C.X.
          On the date 4/24/24; 8:50 am thru 9:00 A.M. see and review
T.V monitor unit -7, Room 37, officers david peters and chris Winslow
conducted a cell search and strip search; I ask the officer did he
have a cr-2156 to conduct a strip search accordingly to TDOC policy
these officers stated that they didn't need one which is not true
see and review TDOC Policy (searches of inmate), so I complied
with officer directive.  ... Once I was nakie I was told to hold
up my D..k and move it around; and then I was told to hold up
my balls and move it around, ...  Then I was ask to squart and
cough which I did; I was told to repeat and cough harder; which i
did; and was ask to do it again and I did.  ... This time spread
your ass cheeks so I can see your butt hole; I was ask to do it
again?  which i did; and then he ask me to open my mouth which  I
ask question about such procedures officer Winslow tried to
grab me very excessively and tried to put my hands into my mouth
I resisted officer peters pushed me over the toilet my room mate
turned around to ask what's going on?  ... Officer Winslow started
fighting with my room mate Maurice Tyler #289911 / Eugene Mcglother
#385060. officer peters held me down on the floor over the
toilet and gave me orders that i could not comply with do to him
holding me down; while holding me down punched several times
in the right side of my jaw & face and struck my leg with the
toilet seat a few times after a few minutes I was let up off the

12

floor; a few minutes later off peters told me if I didn't like
what he just did I can do something about here and he push me up
against the wall and then he threw my room mate clothes too me an
told me to put them on; I told the officer these are not my clothes
and I was given a directive to put them any way so i complyed and
under wears too big for me and the underwears was falling down
and I was injury because of the prior assualt; the officer stated
you are a mexican bitch he then made me put on my cell under wears
the officer call me out of the cell with those very big under wears
and made me march around the unit while my underwears was falling
to my ankle another officer had to intervene; told the officer let
him pull up his underwears up. So officer peters put handcuff
on me so tight untill I lost feeling in my hand and fingers.

I was taken to the clinic where I was interviewed and gave
statement to I.A Dickerson see and review T. V. Monitor in
the clinic; I was given a disciplinary in order to cover up the assualt
and prea violation see abd review exhibit # 1,2,3.

EVIDENCE IN SUPPORT OF AFFIDAVIT
#01622712 INCIDENT ,disciplinary report --REFUSED A DIRECT ORDERS
false disciplinary to cover up assualt and prea violation.
A prea violation was immediately filed and it was process see
and review exhibit # 4 thru exhibit #9 grievance #33009-24 /
#365563. it appears that the entire facility is covering up the
action of the Strike force One team from morgan county and
blesco county facility,

In additional a grievance was filed as well for the assualt
and injuries I received by being punched and walking around the
nakie while the other inmates looked on; as of today the other
grievance has not been heard from everybody is saying that the
warden is looking into it i believe the warden is intentionally
holding the grievance back being complicity with the strike force

my civic rights has been violated and my constitutional rights has
been violated; and deliberately difference to my medical has been
denied I have request for mental treatment and has been denied
and medical has refuse to note down my injuries in medical report

maurice tyler #289911

SWORN AND SUBSCRIBED BEFORE ME THIS 13 DAY OF June 2024
NOTARY PUBLIC Crystal M. Roark
MY COMMISSION EXPIRE 1-24-2026

CRYSTAL M. ROARK
STATE
OF
TENNESSEE
NOTARY
PUBLIC
JOHNSON COUNTY

13

# SWORN AFFIDAVIT

Comes the Affiant, Richard Reed, and does swear that the following statement(s) are true and exact to the best of my knowledge; and under the penalty of perjury deposes and testifies as follows:

1: I am of sound mind and over the age of eighteen; and

2: This Affidavit is based on my own personal knowledge; and

3: On the date of April 25, 2024, at approximately 10:10 a.m. I was being housed in Unit 14, Cell 27B. Several officers from Morgan County were at Northeast correctional Complex to conduct random cell searches. These officers are part of a specialized search team called C.E.R.T. Team-Strike Force One; and,

4: When Team Officers Sgt. Carroll and Cpl. Brooks entered my cell, they first asked my cell mate to get off the bed and submit to a body search, my cell mate Mr. Floyd Hall # 127066, complied by beginning to remove his clothes. Being an older person with many old injuries he was slow in removing his garments. The officers began to get aggravated and started hollering at him and making jokes about his body and how slow he was. Then they asked him to lift up his genitals and told him to turn around and spread your ass. Mr. Hall complied, and they immediately told him to place his fingers in his mouth and spread his cheeks. This was just moments after ordering to spread his butt without any gloves. Mr. Floyd contested and was upset at the unconstitutional actions of the officers, and the way they were treating him. The officers threw hi clothes in his face, placed him in handcuffs and forcefully removed him from the cell; and,

1

14

5: The When these two officers began to search my person, I very nicely asked them to please allow me to spread my cheeks before having to touch my feet and my behind after I squat and cough. The officer aggressively said, "You will do what I tell you to do!" Then repeated, "You will do what the fuck we tell you to do!" I took off my shorts and handed them to the officers, as I began to take off my boxers, the officer screamed right in my face, "your going to do whatever I tell you to do. They began to attack me while my underwear were around my ankles, one officer began to take me down and I did not resist in any way. As I was falling to the floor they were both punching me in the face, they continued hitting me in the face and body as I lay there between the toilet and the bunkbed naked. I could not cover up because I was in an awkward position and one of the officers continued hitting me in the face while the other grabbing at my testicles trying to hurt me physically. I feared for my life and didn't know what to do and I began to panic. At that time another officer stepped into the cell and he began to pounce on me as well. (See and review VICON TV MONITOR in Unit 14, which is right above my sell #27; and,

6: There were witnesses to this incident, as all of the Wardens were in Unit 14 but were not aware of what was transpiring in this cell. They did see me being removed from the cell in handcuffs, where I was taken to medical. Once at medical, I informed the nurses what had just happened. They only took my blood pressure and sent me right back to the unit; even after viewing the two black eyes and swollen ribs. See the attached medical report showing these nurses were deliberately indifferent toward

2

15

these officers violent actions; and,

7: A grievance was filed and the response from the Warden was "that he was unable to review the video TV Monitor in the unit because it did not record anything. Plaintiff avers that the Warden is misinforming him on this issue and is also being deliberately indifferent to the officer's violent actions.; and,

8: Ms. Dixon is a female officer who works in the STG Office, she came to interview me concerning this situation and she took pictures of my injuries herself. A day or two later, two I.A. officers came from the Nashville Commissioner's Office to interview me. They took pictures of my injuries and my two black eyes but failed to photograph the injuries to my body. I have been signing up for sick call to see the nurse about my injuries, but I still have not seen a Dr. or Nurse. I have been able to talk with the Mental Health Official about the mental damage it has done to me; and,

9: I have a complete copy of the injuries I sustained to my face. I have lost vision in my left eye as everything is blurry and fuzzy since I was attacked by the officers. The medical staff has still never examined my body and the damage done to my ribcage; and,

10: I am not the only victim of the aggressive attacks on prisoners by this particular C.E.R.T. Team. Prior to my attack and injuries, other prisoners received similar treatment during cell searches; and again, after my attack and injuries, more prisoners received similar attacks without cause by these same officers. It appears from the number of attacks targeting people of color that these officers are acting out

3

16

their prejudice and discrimination against the black population of the prison. These officers are not assigned to this particular prison, and many of the officers who are assigned to this particular prison confirmed that the officers involved in my vicious attack have left a trail of wounded inmates with substantial injuries everywhere they go; and,

11: I am respectfully requesting this honorable court and the Civil Rights Division to review my medical record and the injuries I sustained at the hands of these officers. I am also requesting this court to review the TV Monitor in Unit 14, Cell 27, i.e. Vicon, and review the incident reports of each officer who completed a 5-1c Incident report concerning the events of April 25, 2024. There is a photo made available that was taken Ms. Dixon, the STG Officer who works in Internal Affairs at Northeast Correctional Complex.

12: In addition, the Medical Staff and the other officers associated with this incident have shown extreme Deliberate Indifference in their handling and non-treatment of my very serious medical injuries that I sustained at the hands of these rogue C.E.R.T. Team officers, through no fault of my own. Just because I was taken to the medical clinic within a reasonable amount of time after I suffered the unwarranted attack does not justify how I have been mis-treated, and my injuries ignored as though I only received a minor scratch or bruise from the ordeal; and,

13: The Plaintiff is requesting that formal charges be brought against the two officers responsible for my serious injuries, and, any officer or staff member that attempts to

4

17

cover-up any wrongdoing that has been attributed to these violent and untrained C.E.R.T. Team officers. by lying or misrepresenting the true facts during the state or federal investigation. Namely, but not limited to, unlawful force against an inmate at Northeast Correctional Complex, and, Obstruction of Justice concerning any officer who purposely files a false report about the assault of Mr. Richard Reed, a.k.a. Plaintiff in this action; and,

**14:** Plaintiff's eyes are so damaged he is in fear of never being able to retain his previous eyesight, and the Deliberate Indifference to my injuries has caused me to suffer mental trauma; and,

**14.** Further Affiant sayeth not:

Richard Reed #425086
Northeast Correctional Complex
5249 Hwy 67 West
Mountain City, TN 37683-5000

**SWORN TO AND SUBSCRIBED** before me,

On this the 14 day of June , 2024

SEAL

NOTARY PUBLIC

My Commission Expires: 11/21/2026

MELISSA MILLER
STATE
OF
TENNESSEE
NOTARY
PUBLIC
JOHNSON COUNTY

2539

**TN** Department of
**Correction**                                          **MEMO**

*In mate*
*was assaulted*
*copy of Grievance filed*

Inmate Name: __Maurice Tyler__          TDOC Number: __28991/__

Institution: __NEX__                     Housing Unit: _____

Institution Grievance Number: __33072-24__     TOMIS Grievance Number: __365837__

Commissioner's Response:

☑ Concur with Warden     ☐ Concur with Supervisor     ☑ Appeal Denied

__05-30-2024__                    For L.A. Thomas /h Benjamin F. Be
        Date                       Assistant Commissioner of Prisons

FS-1A

Department of Correction • 6ᵗʰ Floor Rachel Jackson Building • 320 Sixth Avenue North •
Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

Case 3:24-cv-00313-TAV-JEM     Document 2-1     Filed 07/24/24     Page 8 of 21
PageID #: 35

25

259



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

M. Tyler      289911     NECX     33072-24/865337
NAME        NUMBER     INSTITUTION & UNIT     GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee  I'm stated he was assaulted by members of Strikeforce during an institutional shakedown

Inmate Grievance Committee's Response and Reasons  Request warden review

5/22/24      Sgt. WDQ      Tony Gross, CCl
DATE          CHAIRMAN         MEMBER

Jarm/ Bowm/ CC3                        
MEMBER           MEMBER          MEMBER

=================================================================

Warden's Response:    Agrees with Proposed Response    ☑

Disagrees with Proposed Response    ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken: Concur with Supervisor

DATE: 5/23/24     WARDEN'S SIGNATURE _____

Do you wish to appeal this response?     YES _____    NO _____

If yes:   Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

_____     5-24-24     Sgt. WDQ
GRIEVANT         DATE        WITNESS

=================================================================

Commissioner's Response and Reason(s): _____

RECEIVED

MAY 30 2024

BY: _____
Prison Operations
DATE                      SIGNATURE

Distribution Upon Final Resolution:
       White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                  RDA-2244

26

Case 3:24-cv-00313-TAV-JEM    Document 2-1    Filed 07/24/24    Page 9 of 21 PageID #: 36



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

M. Tyler / NAME    289911 / NUMBER    NECX / INSTITUTION & UNIT    33072-24/865837 / GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee  Im stated he was assaulted by members of strike force during an institutional shakedown

Inmate Grievance Committee's Response and Reasons  Request warden review

5/22/24 / DATE    Sgt. WDQ / CHAIRMAN    Tony Green CC1 / MEMBER

Jamn Bowm CC3 / MEMBER    _____ / MEMBER    _____ / MEMBER

Warden's Response:    Agrees with Proposed Response    ☑

Disagrees with Proposed Response    ☐

If Disagrees, Reason(s) for Disagreement  _____

Action Taken: Concur with Supervisor

DATE: 5/23/24    WARDEN'S SIGNATURE _____

Do you wish to appeal this response? _____ YES _____ NO

If yes:  Sign, date, and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

_____ / GRIEVANT    5-24-24 / DATE    Sgt. WDQ / WITNESS

Commissioner's Response and Reason(s): _____

_____

_____

_____ / DATE    _____ / SIGNATURE



Department of
Corrections

## NECX Grievance Committee Hearing

Date: 5-22-24

Begin Time: _____ End Time: _____

Chairperson: Sgt Worley

Clerk: Tipton

Staff Member: Tommy Coppicci

Staff Member: Jenny Brown CC3

Inmate Member: _____

Inmate Member: B. McConnell

Grievant: M. Tyler

TDOC #: 740911

Grievance #: 33072-24

Tomis ID #: 3105837

Area Grieved: Ofp

Sergeant reviews with grievance Board and response along with any attached paperwork, and then asks if the Grievant has anything to add. Grievant/ Inmate states the following:

Im stated he was assaulted by members of strikeforce.

Chairperson asks the Board for questions and Grievant responds:

Grievant is excused from hearing; Board's recommendation:

Request warden review.



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     (continuation sheet)

DESCRIPTION OF PROBLEM: As of 5-24-24 I Maurice Tyler have not spoken to anyone in regards to an investigation being done on this issue. Maurice Tyler

Distribution Upon Final Resolution:

White - Inmate Grievant  Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner (if applicable)

CR-1394 (Rev. 3-00)                                                    RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 05-08-24

Please respond to the attached grievance, indicating any action taken.

Date Due: 05-15-2024

| 33072-24/365837 | M. Tyler | 289911 |
|---|---|---|
| Grievance Number | Inmate Name | Inmate Number |

AWS - Heidle : You have the Right To Pursue your Administrative course of action. However This Matter for Now is still under investigation as of The time of This Response. ——

SIGNATURE

5-10-2024
DATE

30



## TENNESSEE DEPARTMENT OF CORRECTION
## <u>INMATE GRIEVANCE</u>



RECEIVED
MAY 08 2024

Maurice Tyler     289911     N.C.C.X. 7
NAME             NUMBER        INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: I was assaulted by strike force officers on 4-24-24 in my cell while they were conducting a strip and cell search. Officer David Peters held me down & hit me in the face two times

REQUESTED SOLUTION: I would like to file a criminal complaint and Press charges thank you.

_____

Maurice Tyler            4-25-24
Signature of Grievant                Date

========================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

33072-24 / 365837     05-08-2024     [signature]
Grievance Number        Date Received        Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____    _____
New Due Date             Signature of Grievant

========================================================================

INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____
_____
_____
_____

Chairperson's Response and Reason(s): _____
_____
_____
_____

DATE: _____    CHAIRPERSON: _____

Do you wish to appeal this response?    ✓ YES      _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

Maurice Tyler      5/15/24      Sgt. W [signature]
GRIEVANT            DATE            WITNESS

Distribution Upon Final Resolution:
White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

31



# TENNESSEE DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE      (continuation sheet)



RECEIVED
MAY 0 8 2024

DESCRIPTION OF PROBLEM: while giving me verbal commands I was unable to physiclly comply with because of his actions and behavior.

Distribution Upon Final Resolution:

White-Grievant   Canary-Warden   Pink-Grievance Committee   Goldenrod-Commissioner (If applicable)

Case 3:24-cv-00313   Document 2   Filed 07/24/24   Page 15 of 21   PageID #: 42

CR-1394 (Rev. 3-00)                                                                 RDA 2244





*A piece was filed against officers*

Exhibit # 4

# MEMO

Inmate Name: _Maurie Tyler_    TDOC Number: _28991/_

Institution: _NECX_    Housing Unit: _7_

Institution Grievance Number: _3300S-24_    TOMIS Grievance Number: _365563_

Commissioner's Response and Reasons:

The established standardized procedures to request, approve, and govern the actions; reporting procedures; and authority of the Tennessee Department of Correction (TDOC) regarding Prison Rape Elimination Act (PREA) investigations and the role of Sexual Abuse Response Teams (SARTS) are outlined in TDOC Policy 502.06.2. This includes Tennessee Rehabilitative Initiative in Correction (TRICOR) employees, and employees of privately managed institutions. You have failed to substantiate that the staff at NECX is not following these procedures.

☑ Concur with Warden    ☐ Concur with Supervisor    ☑ Appeal Denied

_05-06-2024_    _For L.R. Thomas, by Benjamin F. Berg_
Date    Assistant Commissioner of Prisons

FS-1A

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

33

Case 3:24-cv-00313-TAV-JEM    Document 2-1    Filed 07/24/24    Page 16 of 21
PageID #: 43

2498

 Exhibit #5



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

M Tyler _____ 2899911 _____ NECX _____ 33009.04/365563
NAME          NUMBER       INSTITUTION & UNIT   GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _I'm stated he was
violated by Strike-force members.

Inmate Grievance Committee's Response and Reasons _Request warden
review)

4-29-24 _____ Sgt Woo _____ _____
DATE              CHAIRMAN                    MEMBER

_____ _____ _____
MEMBER           MEMBER            MEMBER

=================================================================

Warden's Response:    Agrees with Proposed Response    ☑

Disagrees with Proposed Response    ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken: Concur with Supervisor

DATE: 4/30/24 _____ WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?    ✓ YES    _____ NO

If yes:    Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction
to previous responses if so desired.

_____ _____ 5-1-24 _____ Sgt Woo
GRIEVANT              DATE                      WITNESS

=================================================================

Commissioner's Response and Reason(s): _____
**RECEIVED**

MAY 0 6 2024

BY: _____
**Prison Operations**
DATE _____              SIGNATURE _____

Distribution Upon Final Resolution:

_34_

White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod - Commissioner



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**



Exhibit #6

M. Tyler     289911     NECX     38009.84/365563

NAME       NUMBER       INSTITUTION & UNIT       GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee I/m stated he was violated by Strike-force members.

Inmate Grievance Committee's Response and Reasons Request warden review

4-29-24     Sgt. Woo

DATE       CHAIRMAN       MEMBER

MEMBER       MEMBER       MEMBER

Warden's Response:    Agrees with Proposed Response ☑

Disagrees with Proposed Response ☐

If Disagrees, Reason(s) for Disagreement _____

Action Taken: Concur with Supervisor

DATE: 4/30/24     WARDEN'S SIGNATURE: _____

Do you wish to appeal this response?   ✓ YES     ____ NO

If yes:   Sign, date, and return to chairman for processing. Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

_____    5-1-24    Sgt. Woo

GRIEVANT       DATE       WITNESS

Commissioner's Response and Reason(s): _____

_____

DATE       SIGNATURE

35

Distribution Upon Final Resolution:

White - Inmate Grievant   Canary - Warden   Pink - Grievance Committee   Goldenrod - Commissioner

CR-1393 (Rev. 3-00)       RDA 2244

Exhibit 47



# TENNESSEE DEPARTMENT OF CORRECTION

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 04-26-2024

Please respond to the attached grievance, indicating any action taken.

Date Due: 05-03-2024

33009-24/3655605      M. Tyler      289911
_____      _____      _____
Grievance Number        Inmate Name        Inmate Number

AWT/Andrews:

I have spoken with the inmate and proceeded to file a PREA allegation with a subsequent investigation. That investigation is ongoing at this moment.

_____      4/29/24
SIGNATURE            DATE



**TENNESSEE DEPARTMENT OF CORRECTION**

<u>**INMATE GRIEVANCE**</u>

Exhibit #8

~RECEIVED~

APR 2 6 2024

NAME: Maurice Tyler          NUMBER: 289911          INSTITUTION & UNIT: N.E.C.X. 7

DESCRIPTION OF PROBLEM: On 4-24-24 officer David Peters & Chris Winslow conducted a strip search of me and my celly in cell 7-37 I was naked officer chris winslow told me to hold my nuts up then my dick up then put my hands on

REQUESTED SOLUTION: I need a hearing with the supervisors! I would like to press charges for sexual misconduct, and assault by a staff member!

Signature of Grievant: _Maurice Tyler_          Date: 4-24-24

==================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

Grievance Number: 33009-24 / 365565          Date Received: 04-26-2024          Signature Of Grievance Clerk: _(signature)_

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____

New Due Date _____          Signature of Grievant _____

==================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____     CHAIRPERSON: _Im waived hearing_

Do you wish to appeal this response?   ✓ YES        _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: _Maurice Tyler_          DATE: 4-29-24          WITNESS: _Sgt. Wall_

Distribution Upon Final Resolution:

White – Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

37



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     (continuation sheet)

Exhibit #9

DESCRIPTION OF PROBLEM: My ass cheeks spread them far apart so he could see in my butt hole then put my hands in my mouth and lift my tongue when I began to ask questions the other officer Peters pushed me over the toilet held me there then began to give me orders I could not comply with because he was holding me down and he struck me in the face two times while he had me pinned on the toilet while I was still naked the whole time. Then he let me up to put on a pair of boxers that did not belong to me. Then took me in the Pod and let my boxers fall all the way to my ankles in front of everyone. There was ~~unlimited~~ witness to this incident. This is a form of PREA and physical assault by and officer.

The black officer is the one who punched me in the side of the face twice and mishandled me while I was naked. Not sure which name is who. I/A Dickson done interview and took pictures in the clinic.

I feel violated and decreased as a man or human.

Distribution Upon Final Resolution:

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-90)    Page 2 of 2    RDA 2244

38